1  WRIGHT, FINLAY & ZAK, LLP
   Christina V. Miller, Esq.
2  Nevada Bar No. 12448
   7785 W. Sahara Ave., Suite 200
3  Las Vegas, NV, 89117
   (702) 475-7964; Fax: (702) 946-1345
4  cmiller@wrightlegal.net
5  *Attorney for Plaintiff/Counter-Defendant Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>          Plaintiff,<br>   vs.<br><br>SATICOY BAY, LLC SERIES 8324 CHARLESTON; and FULTON PARK UNIT OWNERS' ASSOCIATION,<br><br>          Defendants. | Case No.:   2:17-cv-02051-APG-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT FULTON PARK UNIT OWNERS'ASSOCIATION MOTION FOR SUMMARY JUDGMENT (ECF NO. 46)** |
| SATICOY BAY, LLC SERIES 8324 CHARLESTON,<br><br>          Cross-Claimant,<br>   vs.<br><br>FULTON PARK UNIT OWNERS' ASSOCIATION,<br><br>          Cross-Defendant. | |
| SATICOY BAY, LLC SERIES 8324 CHARLESTON,<br><br>          Counterclaimant,<br>   vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>          Counter-Defendant. | |

COMES NOW Plaintiff/Counter-Defendant, Federal National Mortgage Association ("Fannie Mae"), by and through its attorney of record, Christina Miller, Esq. of the law firm Wright, Finlay & Zak, LLP, and Defendant/Cross-Defendant Fulton Park Unit Owners' Association (the "HOA", collectively with Fannie Mae referred to herein as the "Parties"), by and through its attorneys of record, Kaleb D. Anderson, Esq. and David T. Ochoa, Esq., of the law firm Lipson Neilson, P.C., and hereby stipulate and agree as follows:

WHEREAS, on July 27, 2017, Fannie Mae filed its Complaint asserting causes of action against the HOA and Defendant Saticoy Bay LLC Series 8324 Charleston ("Saticoy Bay"). ECF No. 1.

WHEREAS, on November 27, 2019, the HOA filed a Motion for Summary Judgment against Fannie Mae and Saticoy Bay. ECF No. 46. The deadline to file any response to the HOA's Motion for Summary Judgment is December 18, 2019.

WHEREAS, Fannie Mae and the HOA have reached a tentative agreement to dismiss Fannie Mae's claims against the HOA but have not yet been able to reduce the terms of the dismissal to writing. If Fannie Mae and the HOA are unable to reach an agreement, the Parties agree that an extension of time to permit Fannie Mae to respond to the HOA's Motion for Summary Judgment is appropriate. Further, Fannie Mae may still respond to the HOA's Motion for Summary Judgment concerning any argument made against Defendant/Counterclaimant/Crossclaimant Saticoy Bay LLC Series 8324 Charleston as it pertains to or bears upon the arguments raised in Fannie Mae's separate Motion for Summary Judgment. ECF No. 48.

WHEREFORE, based on the foregoing,

///
///
///
///
///
///
///

1     IT IS HEREBY STIPULATED AND AGREED that the deadline for Fannie Mae to file a response to the HOA's Motion for Summary Judgment should be continued from December 18, 2019, to January 3, 2020.

IT IS SO STIPULATED.

DATED this 18th day of December, 2019.　　　　DATED this 18th day of December, 2019.

WRIGHT, FINLAY & ZAK, LLP　　　　　　　　　LIPSON NEILSON, P.C.

/s/ Christina V. Miller　　　　　　　　　　　　　　/s/ David T. Ochoa
Christina V. Miller, Esq.　　　　　　　　　　　　Kaleb D. Anderson, Esq.
Nevada Bar No. 12448　　　　　　　　　　　　　Nevada Bar No. 7582
7785 W. Sahara Ave., Suite 200　　　　　　　　David T. Ochoa, Esq.
Las Vegas, NV 89117　　　　　　　　　　　　　Nevada Bar No. 10414
*Attorney for Plaintiff/Counter-Defendant*　　　9900 Covington Cross Dr., Suite 120
*Federal National Mortgage Association*　　　Las Vegas, NV 89144
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant/Cross-Defendant*
　　　　　　　　　　　　　　　　　　　　　　　*Fulton Park Unit Owners' Association*

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　Dated: December 18, 2019.