WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorney for Plaintiff/Counter-Defendant Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br>vs.<br><br>SATICOY BAY, LLC SERIES 8324 CHARLESTON; and FULTON PARK UNIT OWNERS' ASSOCIATION,<br><br>Defendants.<br><br>SATICOY BAY, LLC SERIES 8324 CHARLESTON,<br><br>Cross-Claimant,<br>vs.<br><br>FULTON PARK UNIT OWNERS' ASSOCIATION,<br><br>Cross-Defendant.<br><br>SATICOY BAY, LLC SERIES 8324 CHARLESTON,<br><br>Counterclaimant,<br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Counter-Defendant. | Case No.: 2:17-cv-02051-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF FEDERAL NATIONAL MORTGAGE ASSOCIATION'S CLAIMS AGAINST DEFENDANT FULTON PARK UNIT OWNERS' ASSOCIATION** |

1     COMES NOW Plaintiff/Counter-Defendant, Federal National Mortgage Association ("Fannie Mae"), by and through its attorney of record, Christina Miller, Esq. of the law firm Wright, Finlay & Zak, LLP, and Defendant/Cross-Defendant Fulton Park Unit Owners' Association (the "HOA"), by and through its attorneys of record, Kaleb D. Anderson, Esq. and David T. Ochoa, Esq., of the law firm Lipson Neilson, P.C., and hereby stipulate and agree as follows:

    WHEREAS, on July 27, 2017, Fannie Mae filed its Complaint asserting causes of action against the HOA and Defendant Saticoy Bay LLC Series 8324 Charleston ("Saticoy Bay"). ECF No. 1.

    WHEREAS, on September 27, 2017, Saticoy Bay filed its Answer to Fannie Mae's Complaint and included a Counterclaim against Fannie Mae and Cross-Claim against the HOA. ECF No. 12.

    WHEREAS, on November 27, 2019, the HOA filed a Motion for Summary Judgment against Fannie Mae and Saticoy Bay. ECF No. 46.

    WHEREFORE, based on the foregoing,

    IT IS HEREBY STIPULATED AND AGREED that Fannie Mae's Third Cause of Action for Declaratory Relief under Amendments V and XIV to the United States Constitution and Fourth Cause of Action for Quiet Title under Amendments V and XIV to the United States Constitution are hereby dismissed against the HOA only, with prejudice, with each party to bear its own fees and costs.

///
///
///
///
///
///
///
///

IT IS HEREBY FURTHER STIPULATED AND AGREED that the HOA's Motion for Summary Judgment (ECF No. 46) is withdrawn as to the arguments against Fannie Mae only. The Motion for Summary Judgment (ECF No. 46) shall remain in full force and effect as to Saticoy Bay.

DATED this 23rd day of December, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Christina V. Miller*
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff/Counter-Defendant Federal National Mortgage Association*

DATED this 23rd day of December, 2019.

LIPSON NEILSON, P.C.

*/s/ David T. Ochoa*
Kaleb D. Anderson, Esq.
Nevada Bar No. 7582
David T. Ochoa, Esq.
Nevada Bar No. 10414
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
*Attorneys for Defendant/Cross-Defendant Fulton Park Unit Owners' Association*

**IT IS SO ORDERED.**

DATED  December 23, 2019        .

_____
UNITED STATES DISTRICT JUDGE