WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorney for Plaintiff/Counter-Defendant Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br>vs.<br><br>SATICOY BAY, LLC SERIES 8324 CHARLESTON; and FULTON PARK UNIT OWNERS' ASSOCIATION,<br><br>Defendants. | Case No.:  2:17-cv-02051-APG-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE FEDERAL NATIONAL MORTGAGE ASSOCIATION'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (ECF NO. 48)** |
| SATICOY BAY, LLC SERIES 8324 CHARLESTON,<br><br>Cross-Claimant,<br>vs.<br><br>FULTON PARK UNIT OWNERS' ASSOCIATION,<br><br>Cross-Defendant. | |
| SATICOY BAY, LLC SERIES 8324 CHARLESTON,<br><br>Counterclaimant,<br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Counter-Defendant. | |

COMES NOW Plaintiff/Counter-Defendant, Federal National Mortgage Association ("Fannie Mae"), by and through its attorney of record, Christina Miller, Esq. of the law firm Wright, Finlay & Zak, LLP, and Defendant/Counterclaimant, Saticoy Bay LLC Series 8324 Charleston (the "Saticoy Bay", collectively with Fannie Mae referred to herein as the "Parties"), by and through its attorneys of record, Michael F. Bohn, Esq. and Adam R. Trippiedi, Esq., of the Law Offices of Michael F. Bohn, Esq., Ltd., and hereby stipulate and agree as follows:

WHEREAS, on November 27, 2019, Fannie Mae filed its Motion for Summary Judgment. ECF No. 48. On December 18, 2019, Saticoy Bay filed its Opposition to Fannie Mae's Motion for Summary Judgment. ECF No. 49. The deadline for Fannie Mae to file a Reply in support of its Motion for Summary Judgment is currently set for December 31, 2019.

WHEREAS, Fannie Mae seeks a brief 14-day extension of this deadline in order to fully address the arguments set forth in Saticoy Bay's Opposition.

WHEREFORE, based on the foregoing,

IT IS HEREBY STIPULATED AND AGREED that the deadline for Fannie Mae to file a Reply in support of its Motion for Summary Judgment should be continued to January 14, 2020.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 30th day of December, 2019.<br>WRIGHT, FINLAY & ZAK, LLP | DATED this 30th day of December, 2019.<br>LAW OFFICE OF MICHAEL F. BOHN, ESQ., LTD. |
| /s/ Christina V. Miller, Esq.<br>Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorney for Plaintiff/Counter-Defendant*<br>*Federal National Mortgage Association* | /s/ Adam R. Trippiedi, Esq.<br>Michael F. Bohn, Esq.<br>Nevada Bar No. 1641<br>Adam R. Trippiedi, Esq.<br>Nevada Bar No. 12294<br>2260 Corporate Circle, Suite 480<br>Henderson, NV 89074<br>*Attorneys for Defendant/Counterclaimant*<br>*Saticoy Bay LLC Series 8324 Charleston* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: January 2, 2020.